IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE HARRELL,<br><br>               Plaintiff,<br><br>      v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. 1:20-cv-00614-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER |

     Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 8 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: February 10, 2021           Respectfully submitted,

                                                        MCGREGOR W. SCOTT
                                                        United States Attorney

                                                        */s/ Jeffrey J. Lodge*
                                                        JEFFREY J. LODGE
                                                        Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:   **February 11, 2021**               **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE