UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE HARRELL, | Case No. 1:20-CV-00614-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 10, 2021 to June 9, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's first request for an extension of time. Counsel requires additional time to review the matter for proper briefing. Counsel has several other merit briefs due the same week. Additionally, Ms. Trompeter has preplanned vacation through the current deadline. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 13, 2021         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

1

1
2  Dated: April 13, 2021            PHILLIP A. TALBERT
                                   Acting United States Attorney
3                                  DEBORAH LEE STACHEL
4                                  Regional Chief Counsel, Region IX
                                   Social Security Administration
5
6                               By:  */s/ Sathya Oum
7                                    Sathya Oum
                                     Special Assistant United States Attorney
8                                    Attorneys for Defendant
                                     (*As authorized by email on April 13, 2021)
9
10
11                                **ORDER**
12
13  IT IS SO ORDERED.
14
15      Dated:  **April 13, 2021**                **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

2